911 A.2d 478

IN THE MATTER OF RUSSELL G. CHEEK,
AN ATTORNEY AT LAW.

December 6, 2006.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **RUSSELL G. CHEEK** of **TOMS RIVER,** who was admitted to the bar of this State in 1980, and who was suspended from the practice of law for a period of three months effective July 5, 2006, by Order of this Court filed June 13, 2006, be restored to the practice of law, effective immediately.